```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VICTORIANO TAVAREZ, *individually and on behalf of all others similarly situated*,    :
:
:
                                   Plaintiff,    :        1:21 -cv-9896-GHW
:
              -v -                              :        ORDER
:
SOLO DTC BRANDS, LLC,                           :
:
                                   Defendant. X
-----------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

The Court's November 26, 2021 orders, Dkt. Nos. 5 & 6, have been replaced by separate orders to be entered today due to an error in the case caption. The parties are directed to reference the newly filled orders.

SO ORDERED.

Dated: November 30, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge